**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:22CR191** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **WILLIE HARBOUR,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

   This matter is before the court on defendant's Motion to Continue Trial [35]. Counsel needs additional time to confer with his client. The undersigned magistrate judge finds good cause to grant the continuance. Accordingly,

   **IT IS ORDERED** that the Unopposed Motion to Continue Trial [35] is granted, as follows:

1. The jury trial now set for April 18, 2023, is continued to **May 23, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 23, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without counsel for the parties requesting a hearing before the undersigned magistrate judge.**

4. Final Trial Order (Filing 34) is vacated.

 **DATED:  April 10, 2023**

          **BY THE COURT:**


          **s/ Michael D. Nelson**
          **United States Magistrate Judge**